*Eleazer Parmly* v. *Joseph E. West, President of the Tenth Ward Bank.* R. J. DILLON, for complainant; H. F. CLARK,

for defendant. Order of the vice chancellor refusing to appoint a receiver, affirmed.